UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60536-RNS

JERRY MURRAY,

    Plaintiff,

vs.

ST. VINCENT'S MEDICAL CENTER,
INC. d/b/a ST. VINCENT'S MEDICAL
CENTER and DOES 1 through 2,

    Defendants.
_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, JERRY MURRAY, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), hereby dismisses the above referenced action with prejudice.  As the parties have amicably settled this matter.  Each party shall bear his/its own attorneys' fees and costs.

    Submitted on this 11$^h$ day of May, 2017.

                                            /s/ Jessica L. Kerr_____
                                            Jessica L. Kerr, Esquire
                                            Florida Bar No. 92810
                                            **THE ADVOCACY GROUP**
                                            333 Las Olas Way,
                                            Suite CU3-311
                                            Fort Lauderdale, Florida 33301
                                            Telephone: (954) 282-1858
                                            Facsimile: (844) 786-3694
                                            Email: service@advocacypa.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 11th day of May, 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

        Respectfully submitted,

        */s/ Jessica L. Kerr*
        Jessica L. Kerr, Esq.
        Florida Bar No. 92810