United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jerry Murray, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 17-60536-Civ-Scola |
| | ) |
| St. Vincent's Medical Center, Inc., and others, Defendants | ) |

## Order of Dismissal

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Voluntary Dismissal, ECF No. 10). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** in chambers, at Miami, Florida on May 12, 2017.

_____
Robert N. Scola, Jr.
United States District Judge